## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

CASSANDRA LITTLE,

            Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

Case Number: 12-2205-JTM

            Defendant.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed January 6, 2015, that defendant's Motion for Summary Judgment (Dkt. 39) is granted.

TIMOTHY M. O'BRIEN, Clerk of Court

January 6, 2015
Date

By     s/ S. Smith
          Deputy Clerk